FILED IN CLERK'S OFFICE
U.S.D.C. Rome

MAY 28 2010

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| JOSE VELASQUEZ, MARIA I. ROLDOS AND PAUL E. DYER,<br><br>    Plaintiff,<br><br>v.<br><br>SOUTHERN GROUP, LLC, SOUTHERN REAL ESTATE OF TENNESSEE, LLC, TRAVIS SHIELDS, IN HIS INDIVIDUAL CAPACITY AND D/B/A SOUTHERN REAL ESTATE, SOUTHER REAL ESTATE, LLC AND MORTGAGE PAYMENT SERVICES, LLC, JOSHUA DOBSON, IN HIS INDIVIDUAL CAPACITY AND D/B/A SOUTHERN REAL ESTATE, SOUTHERN REAL ESTATE, LLC AND MORTGAGE PAYMENT SERVICES, LLC, STEVEN BOSSON, RODNEY BRADLEY, THE HAISTEN GROUP, INC., FARM CREDIT SERVICES OF MID-AMERICA, FLCA, SOUTHERN MOUNTAIN RESORTS, LLC, and WARRANTY TITLE INSURANCE COMPANY, INC.,<br><br>    Defendants. | CIVIL ACTION No.<br><br>4:10-CV-22 HLM |

## CERTIFICATE OF INTERESTED PERSONS

COMES NOW Defendants, and files its *Certificate of Interested Persons* pursuant to Rule 3.3 of the Local Rules for the United States District Court for the Northern District of Georgia.

(1) The undersigned counsel of record for the parties to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

>   **PLAINTIFFS:** Jose Velasquez, Maria I. Roldos, Paul E. Dyer
>
>   **DEFENDANT:** **Southern Group, LLC; Southern Real Estate of Tennessee, LLC; Travis Shields, in his individual capacity and d/b/a Southern Real Estate, Southern Real Estate, LLC and Mortgage Payment Services, LLC; Joshua Dobson, in his individual capacity and d/b/a Southern Real Estate, Southern Real Estate, LLC and Mortgage Payment Services, LLC; Thomas Dobson, in his individual capacity and d/b/a Southern Real Estate, Southern Real Estate, LLC**

   and Mortgage Payment Services, LLC; Steven Bosson; Rodney Bradley; The Haisten Group, Inc.; Farm Credit Services of Mid-America, FLCA; Southern Mountain Resorts, LLC; Warranty Title Insurance Company, Inc.

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

 <u>PLAINTIFFS:</u> Jose Velasquez, Maria I. Roldos, Paul E. Dyer, Richard C. Wayne, Sr., Richard C. Wayne & Associates, PC

 <u>DEFENDANT:</u> Southern Group, LLC; Southern Real Estate of Tennessee, LLC; Travis Shields, in his individual capacity and d/b/a Southern Real Estate, Southern Real Estate, LLC and Mortgage Payment Services, LLC; Joshua Dobson, in his individual capacity and d/b/a Southern Real Estate, Southern Real Estate, LLC and Mortgage Payment

55

    Services, LLC; Thomas Dobson, in his individual capacity and d/b/a Southern Real Estate, Southern Real Estate, LLC and Mortgage Payment Services, LLC; Steven Bosson; Rodney Bradley; The Haisten Group, Inc.; Farm Credit Services of Mid-America, FLCA; Southern Mountain Resorts, LLC; Warranty Title Insurance Company, Inc.; Don K. Head, Jr.; Bruce Head; Dorris Head; William C. Haisten, Jr.; Chartis Insurance Company

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

 PLAINTIFF: **Richard C. Wayne**
   RICHARD C. WAYNE & ASSOCIATES, PC
   1720 Peachtree Street NW, Suite 118 Atlanta, GA 30309
   Tel: 404.231.1444
   Fax: 404.231-1666

            **DEFENDANT:** *For Warranty Title Insurance Company, Inc.:*

3

**Matthew F. Barr**
**William M. Davis**
**HAWKINS & PARNELL, LLP**
**4000 SunTrust Plaza**
**303 Peachtree St. NE**

Atlanta, GA 30308 Tel: 404.614.7400 Fax: 404.614.7500

-

*For Southern Group, LLC:*

Unknown at this time.

*For Southern Real Estate of Tennessee, LLC:*

Unknown at this time.

*For Southern Real Estate of Tennessee, LLC:*

Unknown at this time.

*For Travis Shields:*

Unknown at this time.

*For Southern Real Estate:*

Unknown at this time.

*For Southern Real Estate, LLC:*

Unknown at this time.

*For Mortgage Payment Services, LLC::*

Unknown at this time.

*For Joshua Dobson::*

Unknown at this time.

58

*For Thomas Dobson:*

Unknown at this time.

*For Steven Bosson:*

Unknown at this time.

*For Rodney Bradley:*

Unknown at this time.

*For The Haisten Group, Inc.:*

Unknown at this time.

*For Farm Credit Services of Mid-America, FLCA:*

Unknown at this time.

*For Southern Mountain Resorts, LLC:*

Unknown at this time.

Respectfully submitted this 28th day of May, 2010.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1(C)

I hereby certify pursuant to Rule 7.1 of the Local Rules for the Northern District of Georgia that this document has been prepared in "Century Schoolbook" font, 13 point, as required by Local Rule 5.1(C).

## CERTIFICATE OF SERVICE

This is to certify that on the 23rd day of March, 2010, I have caused to be served upon counsel for all parties a true and correct copy of the foregoing *Certificate of Interested Persons and Corporate Disclosure Statement* by placing same in the United States Mail, postage prepaid and properly

addressed to:

Richard C. Wayne, Esq.
Richard C. Wayne & Associates, PC
1720 Peachtree Street NW, Suite 118
Atlanta, GA 30309
*Counsel for Plaintiffs*


Steven Bosson
2975 NE 190 Street, #301
Miami, FL 33180

The Haisten Group,
Inc. 6005 Century Oaks
Dr. Chattanooga, TN
37416


Rodney Bradley
509 Young Ave.
Chattanooga, TN 37405

Farm Credit Services of Mid-America, FLCA
1601 UPS Drive
Louisville, KY 40223

H A W K I N S  &  P A R N E L L
L L P
ATTORNEYS

May 28, 2010

**Via U.S. First Class Mail**

Richard C. Wayne, Esq.
Richard C. Wayne &
Associates, PC 1720 Peachtree
Street NW, Suite 118 Atlanta,
GA 30309

Steven Bosson
2975 NE 190 Street, #301 Miami, FL
33180

The Haisten Group, Inc. 6005
Century Oaks Dr. Chattanooga, TN
37416

RE: **JOSE VELASQUEZ, MARIA I. ROLDOS AND PAUL E. DYER
V. WARRANTY TITLE INSURANCE COMPANY, ET AL**
UNITED STATES DISTRICT COURT FOR THE NORTHERN
DISTRICT OF GEORGIA ROME DIVISION
CIVIL ACTION 4:10 CV-22