IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

JOSE VELASQUEZ, et al.,

    Plaintiffs,

v.

SOUTHERN GROUP, LLC, et al.,

    Defendants.

CIVIL ACTION FILE
NO. 4:10-CV-0022-HLM

## ORDER

This case is before the Court on Plaintiffs' Motion for Default Judgment [42] and on the Court's own Motion.

On May 11, 2010, Plaintiffs filed a Motion for Default Judgment as to Defendants Southern Group, LLC, Southern Real Estate of Tennessee, LLC, Travis Shields, Joshua Dobson, Thomas Dobson, and Southern Mountain Resorts, LLC. (Docket Entry No. 42.) Plaintiffs assert that, although Plaintiffs served those Defendants properly with process, each of those Defendants failed to file an Answer in a timely fashion. (Id.)

AO 72A
(Rev.8/82)

On May 28, 2010, Defendants Travis Shields, Joshua Dobson, and Thomas Dobson, proceeding pro se, filed an Answer. (Docket Entry No. 28.) That Answer also purports to have been filed on behalf of Defendants Southern Group, LLC, and Southern Real Estate of Tennessee, LLC, as pro se defendants. (Id. at 1.)

As an initial matter, the Court observes that Defendants Southern Group, LLC and Southern Real Estate of Tennessee, LLC, may not proceed pro se in this action. "The rule is well established that a corporation is an artificial entity that can act only through agents, cannot appear pro se, and must be represented by counsel." Palazzo v. Gulf Oil Corp., 764 F.2d 1381, 1385 (11th Cir. 1985) (collecting cases). "The general rule applies even where the person seeking to represent the corporation is its president and major stockholder." Id. Consequently, Defendants Travis Shields, Joshua Dobson, and Thomas Dobson may not represent Defendants Southern Group, LLC and Southern Real Estate of Tennessee, LLC, in this lawsuit, and may not file pleadings or briefs

2

on behalf of those Defendants.[1]  Rather, Defendants Southern Group, LLC and Southern Real Estate of Tennessee, LLC, must obtain counsel to represent them in this action.

ACCORDINGLY, the Court **DIRECTS** Defendants Southern Group, LLC, Southern Real Estate of Tennessee, LLC, and Southern Mountain Resorts, LLC to retain counsel, and to file their response, if any, to the Motion for Default Judgment **WITHIN TWENTY-EIGHT (28) DAYS AFTER THE DATE OF THIS ORDER.** Likewise, the Court **DIRECTS** Defendants Travis Shields, Joshua Dobson, and Thomas Dobson to file their responses, if any, to the Motion for Default Judgment **WITHIN TWENTY-EIGHT (28) DAYS AFTER THE DATE OF THIS ORDER.** The Court **DIRECTS** the Clerk to **RE-SUBMIT** this case to the Court for further proceedings

---

[1] The Court presumes that Defendants Travis Shields, Joshua Dobson, and Thomas Dobson are not attorneys and are not admitted to practice before this Court.

3

after the twenty-eight day period expires.

IT IS SO ORDERED, this the ___ day of June, 2010.

_____
UNITED STATES DISTRICT JUDGE