IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

JOSE VELASQUEZ, et al.,

    Plaintiffs,

v.

CIVIL ACTION FILE
NO. 4:10-CV-0022-HLM

SOUTHERN GROUP, LLC,
et al.,

    Defendants.

## ORDER

This case is before the Court on the Court's May 21, 2010, Order, and on the Joint Motion to Dismiss Farm Credit Services With Prejudice [45].

On May 21, 2010, Plaintiffs and Defendant Farm Credit Services of Mid-America, FLCA ("Defendant Farm Credit Services") filed a Joint Motion to Dismiss Farm Credit Services with Prejudice. (Docket Entry No. 45.) On May 21, 2010, the Court entered an Order directing the remaining parties to file

their objections, if any, to the proposed dismissal of Defendant Farm Credit Services within fourteen days after May 21, 2010. As of the date of this Order, the Clerk's docket indicates that no party has filed objections to the proposed dismissal of Defendant Farm Credit Services.  The Court therefore finds that it is appropriate to grant the Joint Motion to Dismiss, and dismisses Defendant Farm Credit Services from this action with prejudice.

ACCORDINGLY, the Court **GRANTS** the Joint Motion to Dismiss Farm Credit Services With Prejudice [45], **DISMISSES WITH PREJUDICE** all claims asserted by Plaintiffs in their Complaint against Defendant Farm Credit Services of Mid-America, FLCA, and **DISMISSES** Defendant Farm Credit Services of Mid-America, FLCA, as a party to this action. This Order is a final and appealable Order as to the dismissal of

claims against Defendant Farm Credit Services of Mid-America, FLCA, but shall not affect Plaintiffs' claims asserted against the remaining Defendants, which remain pending.

IT IS SO ORDERED, this the 7th day of June, 2010.

_____
UNITED STATES DISTRICT JUDGE

AO 72A