IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

JOSE VELASQUEZ, et al.,

      Plaintiffs,

v.                                         CIVIL ACTION FILE
                                           NO. 4:10-CV-0022-HLM

SOUTHERN GROUP, LLC,
et al.,

      Defendants.

## ORDER

This case is before the Court on the Joint Motion to Dismiss filed by Plaintiffs and Defendant The Haisten Group, Inc. ("Defendant Haisten") [120] and on the Court's August 18, 2010, Order.

On August 15, 2010, Plaintiffs and Defendant Haisten filed a Joint Motion to Dismiss, seeking to dismiss Defendant Haisten from this action with prejudice.   (Docket Entry No. 115.)   Other Defendants had filed Answers in this case, and the Motion did not indicate that those Defendants consented to the proposed

dismissal of Defendant Haisten.  The Court consequently entered an Order on August 18, 2010, directing the remaining Defendants to file their objections, if any, to the proposed dismissal of Defendant Haisten within fourteen days.  (Order of Aug. 18, 2010.)

The fourteen-day period for filing objections has expired, and, as of the date of this Order, the Clerk's docket indicates that no party has objected to the proposed dismissal of Defendant Haisten. The Court therefore concludes that no party objects to that proposed dismissal, and that it is appropriate to grant the relief requested in the Joint Motion to Dismiss.

ACCORDINGLY, the Court **GRANTS** the Joint Motion to Dismiss [120].  It is **HEREBY ORDERED** that all claims asserted by Plaintiffs in their Complaint and Amended Complaint against Defendant The Haisten Group, Inc. are **DISMISSED WITH PREJUDICE**, and that Defendant The Haisten Group, Inc. is **DISMISSED** as a party to this action.

2

AO 72A

This Order shall not affect Plaintiffs' remaining claims asserted against the remaining Defendants to this action, which remain pending for further adjudication.

IT IS SO ORDERED, this the 8 day of September, 2010.

_____
UNITED STATES DISTRICT JUDGE

AO 72A