```
             IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF GEORGIA
                       ROME DIVISION
```

| | |
|---|---|
| JOSE VELASQUEZ,              )<br>MARIA I. ROLDOS and         )<br>PAUL E. DYER,                )<br>                              )<br>     Plaintiffs,             )<br>                              )<br>     v.                       )<br>                              )<br>SOUTHERN GROUP, LLC, SOUTHERN )<br>REAL ESTATE OF TENNESSEE, LLC,)<br>TRAVIS SHIELDS, IN HIS        )<br>INDIVIDUAL CAPACITY AND D/B/A )<br>SOUTHERN REAL ESTATE, SOUTHERN)<br>REAL ESTATE, LLC AND MORTGAGE )<br>PAYMENT SERVICES, LLC,        )<br>JOSHUA DOBSON, IN HIS         )<br>INDIVIDUAL CAPACITY AND D/B/A )<br>SOUTHERN REAL ESTATE, SOUTHERN)<br>REAL ESTATE, LLC AND MORTGAGE )<br>PAYMENT SERVICES, LLC,        )<br>THOMAS DOBSON, IN HIS         )<br>INDIVIDUAL CAPACITY AND D/B/A )<br>SOUTHERN REAL ESTATE, SOUTHERN)<br>REAL ESTATE, LLC AND MORTGAGE )<br>PAYMENT SERVICES, LLC,        )<br>STEVEN BOSSON, RODNEY BRADLEY,)<br>THE HAISTEN GROUP, INC.,      )<br>SOUTHERN MOUNTAIN RESORTS,    )<br>LLC, WARRANTY TITLE INSURANCE )<br>COMPANY, INC., and            )<br>GM MORTGAGE SERVICES, INC.    )<br>                              )<br>     Defendants.              )<br>_____) | Civil Action File No.<br>No. <u>4:10-CV-22-HLM</u> |

**<u>JOINT MOTION TO DISMISS WARRANTY TITLE INSURANCE COMPANY, INC.</u>**
**<u>WITH PREJUDICE</u>**

COME NOW Plaintiffs Jose Velasquez, Maria I. Roldos, and Paul E. Dyer (hereinafter, "Plaintiffs") and Defendant Warranty Title Insurance Company, Inc., and hereby jointly request the

1

dismissal, with prejudice, of all claims asserted by Plaintiffs in this action against Warranty Title Insurance Company, Inc.

Plaintiffs and Warranty Title Insurance Company, Inc. state that they have resolved the claims between them to their mutual satisfaction, and Plaintiffs have agreed to dismiss all of their claims against Warranty Title Insurance Company, Inc. with prejudice. As no other party to this action has asserted claims against Warranty Title Insurance Company, Inc., Plaintiffs wish to dismiss Warranty Title Insurance Company, Inc. as a party from this action. Plaintiffs, however, are not dismissing any of the claims asserted against any of the other named Defendants in this action.

WHEREFORE, Plaintiffs and Defendant Warranty Title Insurance Company, Inc. respectfully request that this Court enter the order tendered with this motion granting the joint motion for entry of dismissal with prejudice as to Defendant Warranty Title Insurance Company, Inc.

Agreed and Consented to this 2nd day of November, 2010 by:

/s/ Richard C. Wayne, Sr.
Richard C. Wayne, Sr.
Georgia Bar No. 742725
Counsel for Plaintiffs

Richard C. Wayne & Associates, P.C.
Attorneys & Counselors at Law
Peachtree | 25th Building
1720 Peachtree Street, Suite 118
Atlanta, Georgia 30309
Telephone: (404) 231-1444

2

Facsimile: (404) 231-1666
Email: richard@rwaynelaw.com

/s/ William Matthew Davis
William Matthew Davis, Esq.
Georgia Bar No. 721062
Attorney for Warranty Title
Insurance Company, Inc.

**CERTIFICATE OF COMPLIANCE**

Pursuant to L.R. 5.1 (C), I certify this pleading was prepared per L.R. 5.1(B) in Courier New, 12 point typeface.

Respectfully submitted, this the 2nd day of November, 2010.

/s Richard C. Wayne, Sr.__
Richard C. Wayne, Sr.
Georgia Bar No. 742725
Counsel for Plaintiffs

Richard C. Wayne & Associates, P.C.
Attorneys & Counselors at Law
Peachtree | 25th Building
1720 Peachtree Street NW, Suite 118
Atlanta, Georgia 30309
Telephone: (404) 231-1444
Facsimile: (404) 231-1666
Email: richard@rwaynelaw.com

**CERTIFICATE OF SERVICE**

I **HEREBY CERTIFY** that on November 2nd, 2010, I electronically filed this JOINT MOTION TO DISMISS WARRANTY TITLE INSURANCE COMPANY, INC. WITH PREJUDICE and proposed CONSENT ORDER with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

William Matthew Davis, Esq.
HAWKINS & PARNELL
303 Peachtree Street
4000 SunTrust Plaza
Atlanta, GA 30308
Attorney for Warranty Title Insurance Company, Inc.

Thomas F. Lindsay, Esq.
TOWNLEY & LINDSAY, LLC
1406 South Crest Road
P.O. Box 278
Rossville, GA 30741
Attorney for Southern Group, LLC, Southern Real Estate of Tennessee, LLC, Southern Mountain Resorts, LLC, Travis Shields, Joshua Dobson and Thomas Dobson

I **HEREBY CERTIFY** that I have mailed said JOINT MOTION TO DISMISS WARRANTY TITLE INSURANCE COMPANY, INC. WITH PREJUDICE and proposed CONSENT ORDER to the following non-CM/ECF participants by United States First Class Mail with proper postage affixed:

Steven Bosson
2975 NE 190 Street, #301
Miami, Florida 33180

GM Mortgage Services, Inc.
5975 Sunset Drive, Suite 704
South Miami, Florida 33143

This 2nd day of November, 2010.

s/ Richard C. Wayne, Sr.
Richard C. Wayne, Sr.
Georgia Bar No. 742725
Counsel for Plaintiffs

Richard C. Wayne & Associates, P.C.
Attorneys & Counselors at Law
Peachtree | 25th Building
1720 Peachtree Street, Suite 118
Atlanta, Georgia 30309

```
Telephone: (404) 231-1444
Facsimile: (404) 231-1666
Email: richard@rwaynelaw.com
```