IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

JOSE VELASQUEZ, et al.,

    Plaintiffs,

v.

SOUTHERN GROUP, LLC,
et al.,

    Defendants.

CIVIL ACTION FILE
NO. 4:10-CV-0022-HLM

## ORDER

This case is before the Court on the Joint Motion to Dismiss GM Mortgage Services, Inc. with Prejudice filed by Plaintiffs and Defendant GM Mortgage Services, Inc. [142] and on the Court's October 29, 2010, Order.

On October 29, 2010, Plaintiffs and Defendant GM Mortgage Services, Inc. filed a Joint Motion to Dismiss GM Mortgage Services, Inc. With Prejudice. (Docket Entry No. 142.) Because other Defendants had filed Answers in this case, and the Motion did not indicate that those Defendants consented to the proposed

AO 72A

dismissal of Defendant GM Mortgage Services, Inc., the Court entered an Order on October 29, 2010, directing the remaining Defendants to file their objections, if any, to the proposed dismissal of Defendant GM Mortgage Services, Inc. within fourteen days. (Order of Oct. 29, 2010.)

Plaintiffs have filed consent motions to dismiss all of the remaining Defendants. (Docket Entry No. 144; Docket Entry No. 147.) Given those events, the Court concludes that it no longer is necessary to wait for the fourteen-day period established by the October 29, 2010, Order to expire before granting the Joint Motion to Dismiss GM Mortgage Services, Inc. With Prejudice. The Court therefore concludes that it is appropriate to grant the relief requested in the Joint Motion to Dismiss GM Mortgage Services, Inc. With Prejudice.

ACCORDINGLY, the Court **GRANTS** the Joint Motion to Dismiss GM Mortgage Services, Inc. With Prejudice [142]. It is

**HEREBY ORDERED** that all claims asserted by Plaintiffs in their Complaint and Amended Complaint against Defendant GM Mortgage Services, Inc. are **DISMISSED WITH PREJUDICE**, and that Defendant GM Mortgage Services, Inc. is **DISMISSED** as a party to this action.

This is a final and appealable Order as to the dismissal of claims against Defendant GM Mortgage Services, Inc. This Order shall not affect Plaintiffs' remaining claims asserted against the remaining Defendants to this action, which remain pending for further adjudication.

IT IS SO ORDERED, this the 9th day of November, 2010.

_____
UNITED STATES DISTRICT JUDGE

3

AO 72A