IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| JOSE VELASQUEZ, MARIA I. ROLDOS and PAUL E. DYER, <br><br> Plaintiffs, <br><br> -Versus- <br><br> SOUTHERN GROUP, LLC; SOUTHERN REAL ESTATE OF TENNESSEE, LLC; TRAVIS SHIELDS, in his Individual Capacity and d/b/a Southern Real Estate, Southern Real Estate, LLC; and Mortgage Payment Services, LLC; JOSHUA DOBSON, in his Individual Capacity and d/b/a Southern Real Estate, Southern Real Estate, LLC; and Mortgage Payment Services, LLC; THOMAS DOBSON, in his Individual Capacity and d/b/a Southern Real Estate, Southern Real Estate, LLC; and Mortgage Payment Services, LLC; SOUTHERN MOUNTAIN RESORTS, LLC; and GM MORTGAGE SERVICES, INC., <br><br> Defendants. | CIVIL ACTION FILE NO. <br><br> 4:10CV-22-HLM |

## CONSENT FINAL ORDER

Defendants JOSHUA DOBSON, THOMAS DOBSON, TRAVIS SHIELD, SOUTHERN GROUP, LLC, SOUTHERN REAL ESTATE OF TENNESSEE, LLC, and SOUTHERN MOUNTAIN RESORTS, LLC

1

("Defendants") and the Plaintiffs have reached a settlement agreement resolving all issues between them. The Defendants have denied any liability in this matter and continue to do so. The parties have agreed to certain actions to be taken by the Defendants and to certain payments to be made by the Defendants to the Plaintiffs by December 31, 2010. The parties have agreed to enter this order now. As long as payment is made as contemplated, this order would be moot.

The Plaintiffs have agreed that they will take no action to collect the monies owed by the Defendants pursuant to their settlement agreement or this order until after December 31, 2010. The parties hereto also agree that each party is responsible for their own attorney's fees and costs. No interest shall begin to run or accrue until January 1, 2011.

It is hereby Ordered and Adjudged that Defendants shall pay to the Plaintiffs, JOSE VELASQUEZ and MARIA I. ROLDOS, $7,500.00 by December 31, 2010 and shall pay to the Plaintiff, PAUL DYER, $7,500.00 by December 31, 2010 for a total payment of $15,000.00. Defendants also agree to cancel the second mortgages currently being held by the Defendants for the Plaintiffs. No action shall be taken to collect on this judgment if all monies are paid by December 31, 2010. If all monies are not paid by December 31, 2010, Plaintiffs may take action to collect. No interest shall be due if all monies are

paid by December 31, 2010. If all monies are not paid by December 31, 2010, interest shall begin to accrue on January 1, 2011. If Defendants do not pay by December 31, 2010, they will be responsible for attorney's fees and costs associated with collection, if any.

So Ordered this ___ day of _____, 2010.

_____
HON. HAROLD L. MURPHY
UNITED STATES DISTRICT JUDGE

Prepared by:

/s/ THOMAS F. LINDSAY
THOMAS F. LINDSAY
Attorney for Defendants
Ga. Bar No. 453028
1406 South Crest Road
P. O. Box 278
Rossville, GA 30741
Telephone: (706) 861-6003
Email: tlindsay@townleylindsay.com

Agreed to by:

/s/ RICHARD C. WAYNE, SR.
RICHARD C. WAYNE, SR.
Richard C. Wayne & Associates, P.C.
Attorney for Plaintiffs
Peachtree | 25th Building
1720 Peachtree Street, Suite 118
Atlanta, Georgia 30309
Telephone: (404) 231-1444
Facsimile: (404) 231-1666
Email: richard@rwaynelaw.com